GEORGE W. VAN PELT, an Infant, by WILLIAM A. VAN PELT, His Guardian ad Litem, Appellant, v. ARTHUR B. CAPRON and Others, Respondents.— Appeal dismissed, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

ARCHIBALD C. WEEKS, Appellant, v. LEONARD MILLER, Respondent.— Appeal dismissed, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

BERKSHIRE ICE COMPANY, INC., Respondent, v. JULIUS WEINBERG, Appellant.— Motion for stay denied. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

KATHERINE KAVANAGH, as Administratrix, etc., of JAMES KAVANAGH, Deceased, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant, Impleaded with Others, Defendants.— Motion for reargument granted, and case set down for the first Wednesday of the December term. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

HENRY SPIELVOGEL, Respondent, v. RICHARD F. VEIT and Another, Appellants.— Motion granted. Undertaking fixed at $500. Present — Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ.

BEATRICE B. VOM HOFE, Respondent, v. EDWIN C. VOM HOFE, Appellant. — Motion granted, and case set down peremptorily for the first day of the December term. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

WILLIAM ZINKE and DIEDRICH RUNGE, Copartners, etc., Respondents, v. JOHN C. HIPKINS and FARMERS' LOAN AND TRUST COMPANY, Individually and as Trustee, etc., Appellants.— Motion granted. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

HARRISON BOEHM, Respondent, v. EMMA H. PLATT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Putnam, Blackmar and Kelly, JJ., concur; Jenks, P. J., not voting.

ALICE F. CASS, Respondent, v. RUTH H. GARRISON, Individually and as Administratrix, etc., of GILBERT HOFFMAN, Deceased, Appellant, Impleaded with GILBERT GARRISON, Defendant.— Judgment affirmed, with bill of costs to plaintiff and bill of costs to guardian ad litem. No opinion. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

JACOB GOLDBERG, Appellant, v. ESPHIERRA GOLDBERG, Respondent.— We think that this order is practically a review of one Special Term by another, made within too short a period, when there is no radical change in the circumstances. It seems to us that the increase of the allowance for the child is unwarranted. The order is, therefore, reversed, and motion denied without prejudice to an application for an order requiring the father to pay the doctor's bills. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

KATHERINE P. HAMPTON, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $5,000, and modify the judgment accordingly; in which